One year (50 issues) Payable in Advance.......$15.00
Single Numbers ................................. .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00
No discount allowed after expiration date
NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ......................... $7.50
Subject to 20 percent, if cash paid with order
Abstract, one year, and Ternary Digest, if ordered and paid for together, net......................$18.00
June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50
December Annual Digest (Supplement to Ternary) 1926, net .................................... $3.00
To non subscribers to Abstract, net.............. $5.00

THE LAW ABSTRACT COMPANY
Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.
Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Baker v. Pennsylvania Co. ..................... 20003
Bennett Brothers v. P. U. C. ................... 19992
Conservative Mortg. Co. v. The Century Improv. Co. ......................................... 19990
Clark Lunch Co. v. Cleve. Waiters Local........ 19996
Dettlebach v. Wilmot et ...................... 19994
Frank v. Corcoran ............................ 19993
Glidden Co. v. Kuth. Prop. Co.................. 20004
Jackson v. Dice et ........................... 19997
Lynch v. Bd. of Ed. (Lakewood)............... 19988
Payne v. Renolds et .......................... 20006
Pennsylvania Railroad Co. v. P. U. C......... 20007-8
Pyle v. State ex Weber ....................... 20002
Reeves v. State .............................. 19991
Schaaf v. Second Nat. Bk..................... 20001
Smith, ex parte .............................. 19999
State v. Kildruff ............................ 20000
State ex Crabbe v. Thistle Down Co............ 20005
State ex Hess v. Smith ....................... 19998
Toledo (City) v. Det. Fid. & Sur. Co........... 19995
Zeigler Milling Co. v. Second Nat. Bk.......... 19989

### JULY 19, 1926

19988—Charles P. Lynch v. Bd. Ed. of Lakewood; motion for Cuyahoga Appeals to certify. Binyon & Williams, Cleveland, for pltf; A. E. Brueckner, Cleveland, for deft.

19989—Ziegler Milling Co. v. Second National Bank of Bucyrus; motion for Crawford Appeals to certify. O. W. Kennedy, Bucyrus, for pltf; Chas. Gallinger, J. W. McCarron, Bucyrus, for deft.

19990—Conservative Mortgage & Guarantee Co. et v. The Century Improvement Co.; motion for Cuyahoga Appeals to certify. C. S. Rud, N. Berne, Cleveland, for pltf.

19991—Ernest Reeves v. State of Ohio; motion for leave to file petition in error to the Lucas Appeals. G. A. Bassett and O. S. Brumback, Toledo, for pltf; C. C. Crabbe, Columbus, and R. R. Stewart, Toledo, for deft.

### JULY 20, 1926

19992—Bennett Brothers v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio; E. J. Shover, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19993—Geo. B. Frank v. Clara E. Corcoran; motion for Lucas Appeals to certify. Smith, Baker, Effler & Eastman, Toledo, for pltf; Geo. E. Moss, R. B. Lee and F. A. Carabin, Toledo, for deft.

19994—Samuel E. Dettlebach v. Harriet Wilmot et; motion for Cuyahoga Appeals to certify. Klein, Harris & Diehm, Cleveland, for pltf; Chas. Higley, Squires, Sanders & Dempsey, Cleveland, for defts.

19995—City of Toledo v. Detroit Fidelity & Surety Co.; motion for Lucas Appeals to certify. Smith, Baker, Effler & Eastman, Toledo, for pltf; Denman & Wall, Toledo, for deft.

19996—S. A. Clark Lunch Co. v. Cleveland Waiters & Beverage Dispenser Local No. 106 et; motion for Cuyahoga Appeals to certify. Calfee, Fogg & White, Cleveland, for pltf; Clive & Patterson, Cleveland, for defts.

19997—Hala Jackson v. Elizabeth Dice et; motion for Scioto Appeals to certify. Bannon & Bannon, Portsmouth, for pltf; A. R. Johnson, O. E. Irish, Ironton, and W. J. Meyer, Portsmouth, for deft.

### JULY 21, 1926

19998—State of Ohio ex rel William Hess, Auditor v. R. Cliff Smith; motion for Hamilton Appeals to certify. Charles R. Bell, Cincinnati, for pltf; Murray Seasongood, Cincinnati, for deft.

19999—Ex parte R. Cliff Smith, Cashier; motion for Hamilton Appeals to certify. Charles S. Bell, Cincinnati, for pltf; Murray Seasongood, Cincinnati, for deft.

20000—State of Ohio v. Thomas Kilduff; motion for Cuyahoga Appeals to certify. Carl F. Schuler, Cleveland, for pltf; Maurice Bernon, Cleveland, for deft.

### JULY 22, 1926

20001—Paul E. Schaaf v. Second National Bank, Bucyrus; motion for Sandusky Appeals to certify. Frank O. Farrell and Chester A. Culbert, Fremont, for pltf; Gallinger & McCarron, Bucyrus, for deft.

20002—John S. Pyle v. State of Ohio ex rel Elizabeth Weber; motion for Lucas Appeals to certify. Stahl & Price, Toledo, for pltf; Fraiser, Hiett, Wall & Eppler, Toledo, for deft.

### JULY 24, 1926

20003—Oliva Ann Baker v. Pennsylvania Co.; motion for Seneca Appeals to certify. W. S. Wagner, Walter C. Pharbacker and Frank T. Done, Tiffin, for pltf; Fraser, Hiett, Wall & Eppler and Spittler & Flynn, Tiffin, for deft.